EDWARD A. DUER ET AL., PLAINTIFFS IN ERROR, v. A. W. DWYER ET AL., DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *Vredenburgh & Garretson.*

For the defendants in error, *Abel I. Smith.*

PER CURIAM.

The judgment below in this case should be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, PARKER, VAN SYCKEL, BROWN, CLEMENT, COLE, PATERSON. 9.